**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-292-JAD-DJA |
| Plaintiff, | ORDER |
| v. | ECF No. 46 |
| ERICK RANGEL-IBARRA, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that defense counsel's replies to the Objections to the Report and Recommendation (ECF No. 45) currently due on Thursday, October 3, 2019, be vacated and continued to Thursday, October 17, 2019, and that the Government's Response to Objections to the Report and Recommendation be continued to Thursday, October 31, 2019.

DATED this 2nd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE