UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff<br><br>v.<br><br>Erick Rangel-Ibarra,<br><br>  Defendant | Case No.: 2:18-cr-00292-JAD-DJA<br><br>**Order Granting Government's<br>Motion to Dismiss and<br>Denying Other Motions as Moot**<br><br>[ECF Nos. 62, 68, 69, 74] |

Erick Rangel-Ibarra stands charged with possession of a firearm by a prohibited person in violation of 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2). The government now moves to dismiss this case,[1] and Rangel-Ibarra does not oppose that request.[2] So, with good cause appearing,

IT IS HEREBY ORDERED that the government's Motion to Dismiss the Indictment Without Prejudice **[ECF No. 74] is GRANTED**; **this case is DISMISSED without prejudice**.

IT IS FURTHER ORDERED that Rangel-Ibarra's motion to dismiss **[ECF No. 62] and** objections **[ECF No. 69]** to Magistrate Judge Albregts's report and recommendation **[ECF No. 68] are DENIED as moot**, and all deadlines, hearings, and trial dates are VACATED.

The Clerk of Court is directed to CLOSE THIS CASE.

Dated: June 10, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 74.
[2] ECF No. 75.